*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*





# MEMORANDUM OPINION

No. 04-12-00532-CR

**IN RE STATE OF TEXAS, EX. REL. SUSAN D. REED,
DISTRICT ATTORNEY, BEXAR COUNTY**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
               Sandee Bryan Marion, Justice
               Steven C. Hilbig, Justice

Delivered and Filed:  September 19, 2012

PETITION FOR WRIT OF MANDAMUS DENIED AS MOOT

On August 21, 2012, relator filed a petition for writ of mandamus, complaining of the trial court's June 5, 2012 order granting Jason Hoffman's motion for early disenrollment of sex offender registration. However, on September 10, 2012 the trial court signed an order rescinding the order granting the motion for early disenrollment of sex offender registration. Accordingly, the petition for writ of mandamus is DENIED AS MOOT. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 2002-CR-6767, *State of Texas v. Jason R. Hoffman*, in the 144th Judicial District Court, Bexar County, Texas, the Honorable Angus K. McGinty presiding.